IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: | CASE NO. BK 09-43482<br>CHAPTER 7 |
| SEAN M. RILEY, | **NOTICE OF<br>SERVICE OF ORDER** |
| Debtor. | |

**COMES NOW** U.S. Bank, N.A., its Successors and/or Assigns (hereinafter "U.S. Bank"), a secured creditor of Debtor Sean M. Riley, and hereby shows to the Court that a copy of the Order granting Relief From the Automatic Stay to U.S. Bank was sent to Ronald R. Brackle, Debtor's Attorney; John A. Wolf, Chapter 7 Trustee; and Patricia Fahey, U.S. Trustee, by electronic mail through the CM/ECF system, and I hereby certify that on January 20, 2010, a copy of said Order was mailed by United States Mail, postage prepaid, to the following non CM/ECF participants:

<u>DEBTOR</u>
Sean M. Riley
1125 Lincoln Ave.
Hebron, Nebraska 68370

Melissa L. Riley
1124 C. Street
Fairbury, Nebraska 68352-1555

Julie A. Effenbeck
422 E Street, Suite 5
P.O. Box 541
Fairbury, Nebraska 68352
Attorney for Melissa Riley

**DATED** this 20th day of January, 2010.

U.S. BANK, N.A., its Successors and/or Assigns,
A Secured Creditor,

By: <u>/s/ *Matthew E. Eck*</u>
For:   LOCHER PAVELKA DOSTAL
       BRADDY & HAMMES, LLC
       200 The Omaha Club
       2002 Douglas Street
       Omaha, Nebraska  68102
       Phone:  (402) 898-7000
       Fax:      (402) 898-7130
       meck@lpdbhlaw.com
       Matthew E. Eck